

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To: Chief Deputy/Fiscal

**Re:** Verification of Surrender to Bureau of Prisons or Report to United States Probation

Case Number: __2:19−cr−00354−VAP__
Defendant's Name: __Ioan Luca__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __9/9/19__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __4/9/20__, it was verified the defendant:**

__has reported to the U.S. Probation Office__.

**Verified via e−mail with the following:**

U.S. Probation Officer: __Elia Zapata__   *(Name of Officer)*

__April 9, 2020__                              By __/s/ *Benjamin Moss*__
Date                                                  Deputy Clerk

CR−86 (11/08)                              VERIFICATION OF SURRENDER